IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01612-LTB-KLM

PEOPLE OF THE STATE OF COLORADO,

       Plaintiff,

v.

SHERRON L. LEWIS, JR.,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Leave to File Corrected Motion to Remand (Doc 7 - filed September 25, 2008) is **GRANTED**. The Motion to Remand (Doc 8) is accepted for filing.

Dated: September 26, 2008
_____