IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01612-LTB-KLM

PEOPLE OF THE STATE OF COLORADO,

      Plaintiff,

v.

SHERRON L. LEWIS, JR.,

      Defendant.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion to Withdraw (Doc 11 - filed October 1, 2008) is **GRANTED**. Margaret Brown Funk is withdrawn as counsel for Plaintiff herein. Plaintiff will continue to be represented by Dianne Eret, Assistant Attorney General.

Dated: October 2, 2008
_____