IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01612-LTB-KLM

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

SHERRON L. LEWIS, JR.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Leave to Amend Notice of Removal** [Docket No. 25; Filed November 18, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for failure to comply with D.C.COLO.LCivR. 7.1(A).

    Dated: November 19, 2008