IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01612-LTB-KLM

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

SHERRON L. LEWIS, JR.,

    Defendant.

___

**ORDER**
___

This case is before me on the recommendation of the magistrate judge that plaintiff's Motion to Remand (Doc. 8) be granted and this civil action be remanded to the Colorado Office of the Attorney Regulation Counsel and the Unauthorized Practice of Law Committee of the Colorado Supreme Court.

The magistrate judge further recommends that Defendant's Motion for an Order to Show Cause (Doc. 23) and defendant's Motion for Leave to Amend Notice of Removal (Doc. 29) be denied as moot.

Defendant has filed timely, specific written objections to the magistrate judge's recommendations. Therefore, I have reviewed the recommendations *de novo* in light of the file and record in this case. On *de novo* review I conclude that the recommendations are correct.

Accordingly,

IT IS ORDERED that plaintiff's Motion to Remand (Doc. 8) is GRANTED and this civil action is remanded to the Colorado Office of the Attorney Regulation Counsel and the Unauthorized Practice of Law Committee of the Colorado Supreme Court. A certified copy of the order of remand shall be mailed by the Clerk of the Court to the Colorado Office of the Attorney Regulation Counsel and the Unauthorized Practice of Law Committee of the Colorado Supreme Court. See 28 U.S.C § 1447(c).

IT IS FURTHER ORDERED that defendant's Motion for an Order to Show Cause (Doc. 23) and defendant's Motion for Leave to Amend Notice of Removal (Doc. 29) are DENIED AS MOOT.

BY THE COURT:

  s/Lewis T. Babcock  
Lewis T. Babcock, Judge

Dated this 30th day of December, 2008.